United States District Court
for the District of Colorado

Civil Action Number: 1:05-cv-00716-REB-CBS

SYLVIA COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK JR., through his next friends Sylvia Cook and Andre Cook; and
ANDREA COOK, through her next friends Sylvia Cook and Andre Cook,

PLAINTIFFS,

v.

GENERAL MOTORS CORPORATION, a Delaware corporation, GENERAL MOTORS DE MEXICO, S. DE. R. L. DE. C.V., a Mexican corporation;
DELPHI CORPORATION, a Delaware corporation;
DELPHI TECHNOLOGIES, INC., a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS LLC, a Delaware corporation;
DELPHI AUTOMOTIVE, a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC., a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC., a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC., a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION, a Delaware corporation;
DELPHI AUTOMOTIVE SYSTEMS (GLOBAL) HOLDING, INC., a Delaware corporation;
DELPHI STEERING, a Delaware corporation;
EMERSON ELECTRIC CO., a Missouri corporation;
PBR AUTOMOTIVE, an Australian corporation;
PBR AUSTRALIA PTY LTD., an Australian corporation;
PBR INTERNATIONAL LTD., an Australian corporation;
PBR INTERNATIONAL USA LTD., a Delaware corporation;
PBR KNOXVILLE L.L.C., a Delaware corporation;
PBR COLUMBIA L.L.C., a Delaware corporation;
PBR (Malaysia) Sdn. Bhd., a Malaysian corporation;
PBR AUTOMOTIVE (THAILAND) LTD., a Thai corporation;
PACIFICA GROUP LTD., an Australian corporation;
DURA AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,

DEFENDANTS.

**PLAINTIFFS' RESPONSE TO DEFENDANTS DURA AUTOMOTIVE SYSTEMS, INC., DELPHI AUTOMOTIVE SYSTEMS, LLC, EMERSON ELECTRIC COMPANY, AND GENERAL MOTORS CORPORATION'S MOTIONS FOR ENLARGEMENT OF TIME TO FILE DESIGNATION OF NON-PARTIES AT FAULT**

Plaintiffs oppose Dura Automotive Systems, Inc. ("Dura"), Delphi Automotive Systems, LLC ("Delphi"), Emerson Electric Company ("Emerson"), and General Motors Corporation's ("GM") Motions for Enlargement of Time to File Designation of Non-Parties at Fault. Pursuant to CRS §13-21-111.5-(3)(b), Defendants had ninety (90)

1

days from the date of commencement of the action in which to designate non-parties at fault. By designating a ninety day time period, the Colorado Legislature impliedly acknowledged that this is an adequate amount of time in which to discover and designate non-party at fault entities. The ninety day deadline for this case was July 18, 2005 -- Defendants waited until the last day of this ninety day period to file their motions.

Plaintiffs will be prejudiced by an extension of the non-party-at-fault designation deadline. Timely designation allows the plaintiff to respond by amending the complaint to add the designated party as a defendant or by taking other appropriate steps. *Thompson v. Colorado and Eastern R. Co.,* 852 P.2d 1328, 1329 (Colo.App.,1993). "Requiring . . . strict compliance with the statute avoids a situation in which a named defendant reduces its liability by blaming a nonparty but a plaintiff does not have the chance to recoup that percentage of fault from the nonparty." *Id*. at 1329-1330. If the Defendants' motions are granted and new entities are designated, Plaintiff may be denied the opportunity to bring claims against any such entities against whom the statute of limitations has run.

The requests of two of the Defendants – Dura and Emerson – are particularly inappropriate in that they seek an extension until 45 days prior to the discovery cutoff. This lengthy extension is unwarranted and contrary to the statute. An extension of this length would threaten any schedule implemented by the Court. Moreover, Plaintiffs could be severely prejudiced if Defendants are allowed to designate new non-party at-fault entities mere months from trial.

Accordingly, Plaintiffs request that the Court deny Defendants' Motions for Enlargement of Time to File Designation of Non-Parties at Fault.

Respectfully submitted this 3rd day of August, 2005.

/s/ Carrie R. Frank

By: _____
Carrie R. Frank, # 17807
Paul J. Komyatte, # 022750
5400 Ward Road, Building IV, Suite 200
Arvada, CO 80002
Telephone:  (303) 431-1111
Facsimile:   (303) 431-1633

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2005 a true and correct copy of the above and foregoing Plaintiffs' Response To Defendants Dura Automotive Systems, Inc., Delphi Automotive Systems, LLC, Emerson Electric Company, And General Motors Corporation's Motions For Enlargement Of Time To File Designation Of Non-Parties At Fault and proposed Order was served electronically via USDC ECF, or if so indicated via US Mail, postage prepaid, upon the following:

Lori A. Zirkle, Esq.
Bowman and Brooke LLP
2901 North Central Ave., Suite 1600
Phoenix, AZ 85012
*Counsel for Defendant General Motors Corporation*

Mary A. Wells, Esq.
David G. Mayhan, Esq.
Wells, Anderson & Race LLC
1700 Broadway, Suite 1020
Denver, CO 80290
*Counsel for Defendant Delphi Automotive Systems, LLC*

Timothy G. O'Neill, Esq.
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
*Counsel for Defendant Emerson Electric Co.*

Dennis H. Markusson, Esq.
Lisa C. Secor, Esq.
Robert J. Potrykus, Esq.
Markusson, Green & Jarvis, P.C.
999 18th Street, Suite 3300
Denver, CO 80202
*Counsel for Defendant Dura Automotive Systems, Inc.*

/s/ Mianne L. Besser

_____

*Pursuant to USDC ECF Procedure V.C.5, a printed copy of this document with original signatures will be maintained by Gilbert, Frank, Ollanik & Komyatte, P.C., and made available for inspection upon request.*

3