## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  05-cv-0716-REB-CBS

SYLVIA COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, through his next friends Sylvia Cook and Andrea Cook; and
ANDREA COOK, through her next friends Sylvia Cook and Andre Cook,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION, a Delaware corporation,
GENERAL MOTORS DE MEXICO, S. DE. R.L. DE. C.V., a Mexican corporation,
DELPHI CORPORATION, a Delaware corporation,
DELPHI TECHNOLOGIES, INC., a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS, LLC, a Delaware corporation,
DELPHI AUTOMOTIVE, a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC., a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC., a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC., a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION, a Delaware corporation,
DELPHI AUTOMOTIVE SYSTEMS (GLOBAL) HOLDING, INC., a Delaware corporation,
DELPHI STEERING, a Delaware corporation,
EMERSON ELECTRIC CO., a Missouri corporation,
PBR AUTOMOTIVE, an Australian corporation,
PBR AUSTRALIA PTY LTD., an Australian corporation,
PBR INTERNATIONAL LTD., an Australian corporation,
PBR INTERNATIONAL USA LTD.,an Australian corporation,
PBR KNOXVILLE, LLC, a Delaware corporation,
PBR COLUMBIA, LLC, a Delaware corporation,
PBR (Malaysia) Sdn. Bhd., a Malaysian corporation,
PBR AUTOMOTIVE (THAILAND) LTD., a Thai corporation,
PACIFICA GROUP LTD., an Australian corporation, and
DURA AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,

Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed, respectfully, a **Joint Stipulation for Dismissal Without Prejudice of PBR Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd.** [#44] and **Joint Stipulation for Dismissal Without Prejudice of Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering** [#45], on August 18, 2005. After careful review of the stipulations and the file, the court has concluded that the stipulations should be approved and plaintiff's claims against defendants PBR Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd., Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering, should be approved.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal Without Prejudice of PBR**

**Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd.** [#44] and **Joint Stipulation for Dismissal Without Prejudice of Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering** [#45], both filed on August 18, 2005, are **APPROVED**;

    2.  That plaintiff's claim against defendants PBR Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd., Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering are **DISMISSED WITHOUT PREJUDICE**;

    3.  That the trial preparation conference set for January 12, 2007, and the jury trial set to commence on January 29, 2007, is **VACATED** for  defendants PBR Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd.,  Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive

Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering; and

    4.  That defendants PBR Automotive, PBR International Ltd., PBR International USA Ltd., PBR Knoxville LLC, PBR Columbia LLC, PBR (Malaysia) Sdn. Bhd., PBR Automotive (Thailand) Ltd., and Pacifica Group Ltd., Delphi Corporation, Delphi Technologies, Inc., Delphi Automotive, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems International, Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems (Global) Holding, Inc. and Delphi Steering are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated this 19th day of August, 2005, at Denver, Colorado.

                                                   BY THE COURT:

                                                   s/ Robert E. Blackburn
                                                   Robert E. Blackburn
                                                   United States District Judge