IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00716-REB-CBS

SYLVIA COOK, individually and
as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, individually and
as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, through his next friends Sylvia Cook and Andre Cook;
ANDREA COOK, through his next friends Sylvia Cook and Andre Cook,

      Plaintiffs,

v.

GENERAL MOTORS CORPORATION, a Delaware Corporation,
GENERAL MOTORS DE MEXICO, S.DE.R.L.DE.C.V., a Mexican corporation,
DELPHI AUTOMOTIVE SYSTEMS LLC, a Delaware corporation,
EMERSON ELECTRIC CO., a Missouri corporation,
PBR AUSTRALIA PTY LTD., an Australian corporation, and
DURA AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Defendant PBR Australia Pty Ltd.'s Motion to Vacate Settlement Conference (filed February 28, 2006; *doc. no. 74*) is **GRANTED**. The settlement conference set for March 17, 2006, is **VACATED**. It is further

      **ORDERED** that a status conference has been set for **March 10, 2006, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Mr. Cook and Ms. Cook are directed to be physically present for the status conference.

**DATED:**    March 2, 2006