# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  05-cv-00716-REB-CBS

SYLVIA COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, individually and as next friend of minors Andre Cook Jr. and Andrea Cook;
ANDRE COOK, through his next friends Sylvia Cook and Andrea Cook; and
ANDREA COOK, through her next friends Sylvia Cook and Andre Cook,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION, a Delaware corporation,
GENERAL MOTORS DE MEXICO, S. DE. R.L. DE. C.V., a Mexican corporation,
DELPHI AUTOMOTIVE SYSTEMS, LLC, a Delaware corporation,
EMERSON ELECTRIC CO., a Missouri corporation,
PBR AUSTRALIA PTY LTD., an Australian corporation,
DURA AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal With Prejudice** [#95], filed August 7, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this actions should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#95], filed August 7, 2006, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for January 12, 2007, is **VACATED**;

4.  That the jury trial set to commence January 29, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated August 8, 2006, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**